*Lowen Edward Ginn* and *Denis O'L. Cohalan* for appellant.

*Charles S. Whitman, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, CHASE and COLLIN, JJ.   Absent: WILLARD BARTLETT, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* GEORGE BISHOP, Appellant.

(Argued December 16, 1912; decided December 31, 1912.)

APPEAL from a judgment of the Supreme Court, rendered November 4, 1912, at a Trial Term for the county of Kings, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Rufus L. Perry* for appellant.

*James C. Cropsey, District Attorney (Hersey Egginton* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, CHASE and COLLIN, JJ.   Absent: WILLARD BARTLETT, J.